FILED
CHARLOTTE, NC

MAR 12 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: Real property at 1734 Orchard Drive, Lenoir, North Carolina, more particularly described in a Deed to Richard A. Clark and wife, Linda A. Clark, recorded at Caldwell County Deed Book 1257 Page 0471.<br><br>FILE IN GRANTOR INDEX UNDER: Richard A. Clark and Linda A. Clark. | CASE NO: 3:20-mc-45<br><br>**ORDER AND LIS PENDENS** |

WHEREAS, the United States of America, by and through Jennifer W. Berry, Special Agent, Internal Revenue Service-Criminal Investigations Division, has presented an Affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds of fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1344;

WHEREAS, the Court, having reviewed the Affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds of fraud;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. § 981 and/or 28 U.S.C. § 2461(c), and the Government is entitled to record an Order and Lis Pendens to give public notice of the Government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil *in rem* action before this Court, and any person who has a question as to this action should contact:

    United States Attorney for the Western District of North Carolina
    Attn: Benjamin Bain-Creed
    227 West Trade Street, Suite 1650
    Charlotte, NC 28202
    (704) 344-6222

This the 12 day of March, 2020.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**